**Appeal No.    2021AP438**

Cir. Ct. No.  2021SC535

**STATE OF WISCONSIN**

**IN COURT OF APPEALS**
**DISTRICT IV**

---

ERIC D. OLMANSON AND ANDREA L. OLMANSON,

    PLAINTIFFS-APPELLANTS,

  V.

BRENDA WEITS,

    DEFENDANT-RESPONDENT.

FILED

Dec. 22, 2021

Sheila T. Reiff
Clerk of Court of Appeals

---

## ERRATA SHEET

---

Sheila T. Reiff
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District I
Electronic Notice

Court of Appeals District III
Electronic Notice

Christina Plum, Sarah Motiff
Court of Appeals
Electronic Notice

Court of Appeals District II
Electronic Notice

Court of Appeals District IV
Electronic Notice

Hon. Nia Trammell
Circuit Court Judge
Electronic Notice

Carlo Esqueda
Clerk of Circuit Court
Dane County Courthouse
Electronic Notice

David S. DeHorse
Electronic Notice

Andrea Lea Olmanson
Electronic Notice

PLEASE TAKE NOTICE that corrections were made to paragraph 17 in the above-captioned opinion which was released on December 16, 2021.  A

corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.